UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY | § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 15-1076-SS |
| TIREWORKS TIRE SUPPLIES, LLC and TIREWORKS, INC. | | |
| Defendants | | |

**SUMMONS IN A CIVIL ACTION**

TO:   Tireworks Tire Supplies, LLC
c/o United States Corporation Agents, Inc.
Registered Agent
9900 Spectrum Drive
Austin, Texas 78717-4555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P 122 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion much be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ranelle M. Meroney
rmeroney@chmc-law.com
CHAMBERLAIN ♦ MCHANEY
301 Congress Avenue, 21st Floor
Austin, Texas   78701
(512) 474-9124
(512) 474-8582 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

Date: December 1, 2015

_Amanda Deichert_
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY<br><br>Plaintiff,<br><br>VS.<br><br>TIREWORKS TIRE SUPPLIES, LLC and TIREWORKS, INC.<br><br>Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. 15-1076-SS |

**SUMMONS IN A CIVIL ACTION**

TO:   Tireworks, Inc.
      c/o Chris Kahlich, Registered Agent
      420 West 1st Street
      Hereford, Texas 79045-5102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P 122 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion much be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ranelle M. Meroney
rmeroney@chmc-law.com
CHAMBERLAIN ♦ MCHANEY
301 Congress Avenue, 21st Floor
Austin, Texas   78701
(512) 474-9124
(512) 474-8582 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

Date: December 1, 2015

*Amanda Deichert*
Signature of Clerk or Deputy Clerk